**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6811**

———————

NICHOLAS R. CROWDER,

Petitioner - Appellant,

versus

LAWRENCE KELLEY, State's Attorney; DAVID
GOADE, Sheriff for Allegany County, Maryland,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-1249-S)

———————

Submitted: October 8, 1998      Decided: October 26, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Nicholas R. Crowder, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order summarily denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) for failing to exhaust state remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Crowder v. Kelly</u>, No. CA-98-1249-S (D. Md. Apr. 30, 1998).[*] Appellant's motion to proceed in forma pauperis is granted. His motion's for habeas corpus relief and bail pending appeal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We note that the dismissal of Crowder's petition in the district court is without prejudice to his refiling the petition once he has exhausted state remedies.